FD-302 (Rev. 5-8-10)

-1 of 1-



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   05/23/2013

  JOHN KEELEY, Trade manager, MOPAC, 741 Souder Road, Soudertown, PA, telephone number (800)967-8325 ext 3261, cellular telephone (215)872-5719, was aware of the official identity of the interviewing Agent and the purpose of the interview. KEELEY thereafter provided the following information:

  KEELEY was asked to provide the Federal Bureau of Investigation (FBI) with a price his company would pay for 6425 gallons of unrefined used cooking oil. KEELEY stated that based upon today's market he would be willing to pay twenty four cents (.24) a pound for the oil. KEELEY indicated a gallon is roughly 7.35 lbs. If you multiple 6425 gallons x 7.35 = 47,223.75 pounds of oil. This figure (47,223.75) is then multiplied by .24 which equals $11,333.70.

  Therefore, MOPAC would be willing to pay $11,333.70 for 6425 gallons of unrefined used cooking oil.

Investigation on   05/22/2013   at   Providence, Rhode Island, United States (Phone)

File #_____   Date drafted   05/23/2013

by   CADY JEFFREY A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 5-8-10) -1 of 1- 

## FEDERAL BUREAU OF INVESTIGATION

Date of entry 05/23/2013

    RICHARD HADLEY, ENVIRO TECH, P.O. Box 134, Billerica, MA, telephone number (603)508-0445, was aware of the official identity of the interviewing Agent and the purpose of the interview. HADLEY thereafter provided the following information:

    HADLEY was asked to provide the Federal Bureau of Investigation (FBI) with a price his company would pay for 6425 gallons of unrefined used cooking oil. HADLEY stated that based upon today's market he would be willing to pay $2.00 a gallon for this oil. HADLEY advised that his company is currently signing contracts with restaurants offering them $1.75 a gallon for their used cooking oil. However, HADLEY offered $2.00 a gallon because of the large volume of oil being sold.

    Therefore, MOPAC would be willing to pay $12,850.00 for 6425 gallons of unrefined used cooking oil.

Investigation on 05/22/2013 at Providence, Rhode Island, United States (Phone)

File #      Date drafted 05/23/2013

by CADY JEFFREY A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.